**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| WENDY NEWCOMB, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TRANSUNION, <br><br> Defendant. | ) <br> ) <br> )   Case No. 1:17-cv-11797 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TRANS UNION LLC

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3,defendant Trans Union LLC discloses that the following parent corporations and publicly held companies own 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly traded entity with the ticker symbol TRU.  Investment funds affiliated with Goldman Sachs Group, Inc., a publicly-traded entity with the ticker symbol GS, own more than 10 percent of TransUnion's stock.  Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity with the ticker symbol TROW, own more than 10 percent of TransUnion's stock.

Dated: November 17, 2017

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP

By:      /s/ Beth A. Norton
Beth A. Norton, Esq. (BBO#664580)
180 Maiden Lane
New York, NY 10038
Telephone: 212-806-6137
bnorton@stroock.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing and

paper copies will be sent to those indicated as non-registered participants on November 17, 2017.

          /s/ Beth A. Norton
Beth A. Norton