IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY NEWCOMB, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION,<br><br>Defendant. | **Case No. 1:17-cv-11797-NMG**<br><br>**UNOPPOSED MOTION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE** |

Pursuant to Local Rule 40.3, Plaintiff Wendy Newcomb hereby moves this Honorable Court for an order continuing the Initial Scheduling Conference from January 3, 3018 to January 9, 2018 at 11:00 a.m.  As grounds for this motion, Plaintiff states that counsel has a conflict on January 3, 2018 and is unable to attend the Initial Scheduling Conference as scheduled.  This is the first request by any party for a continuance of the Initial Scheduling Conference.  Plaintiff's counsel has conferred with Defendant's counsel, and Defendant does not oppose the relief requested in this motion.  The proposed new date and time for the conference—January 9, 2018 at 11:00 a.m.—has been approved by all parties.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an order continuing the Initial Scheduling Conference to January 9, 2018 at 11:00 a.m.


Date:   November 30, 2017              /s/Joseph C. Hashmall
                                        BERGER & MONTAGUE, P.C.
                                        E. Michelle Drake (*pro hac vice*)
                                        Joseph C. Hashmall (*pro hac vice*)
                                        43 SE Main Street, Suite 505
                                        Minneapolis, MN 55414

1

Tel.: 612-594-5999
Fax: 612-584-4470
Email: emdrake@bm.net
       jhashmall@bm.net

KEHOE LAW FIRM, P.C.
Michael K. Yarnoff (*pro hac vice*)
Two Penn Center Plaza
1500 JFK Blvd., Suite 1020
Philadelphia, PA 19102
Tel.: 215-792-6676
Fax: 215-792-6676
Email: myarnoff@kehoelawfirm.com

LICHTEN & LISS-RIORDAN, P.C.
Harold L. Lichten (SBN 549689)
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel.: 617-994-5800
Email: hlichten@llrlaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiff conferred with counsel for Defendant and Defendant does not oppose this motion.

Date:  November 30, 2017

/s/Joseph C. Hashmall
BERGER & MONTAGUE, P.C.
E. Michelle Drake (*pro hac vice*)
Joseph C. Hashmall (*pro hac vice*)
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel.: 612-594-5999
Fax: 612-584-4470
Email: emdrake@bm.net
           jhashmall@bm.net

KEHOE LAW FIRM, P.C.
Michael K. Yarnoff (*pro hac vice*)
Two Penn Center Plaza
1500 JFK Blvd., Suite 1020
Philadelphia, PA 19102
Tel.: 215-792-6676
Fax: 215-792-6676
Email: myarnoff@kehoelawfirm.com

LICHTEN & LISS-RIORDAN, P.C.
Harold L. Lichten (SBN 549689)
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel.: 617-994-5800
Email: hlichten@llrlaw.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 30, 2017.

Date:   November 30, 2017   /s/Joseph C. Hashmall
BERGER & MONTAGUE, P.C.
E. Michelle Drake (*pro hac vice*)
Joseph C. Hashmall (*pro hac vice*)
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel.: 612-594-5999
Fax: 612-584-4470
Email: emdrake@bm.net
       jhashmall@bm.net

KEHOE LAW FIRM, P.C.
Michael K. Yarnoff (*pro hac vice*)
Two Penn Center Plaza
1500 JFK Blvd., Suite 1020
Philadelphia, PA 19102
Tel.: 215-792-6676
Fax: 215-792-6676
Email: myarnoff@kehoelawfirm.com

LICHTEN & LISS-RIORDAN, P.C.
Harold L. Lichten (SBN 549689)
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel.: 617-994-5800
Email: hlichten@llrlaw.com

ATTORNEYS FOR PLAINTIFF