**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

WENDY NEWCOMB, *on behalf of herself
and all others similarly situated,*

      Plaintiff,

      v.

TRANS UNION, LLC,

      Defendant.

Case No. 1:17-cv-11797-NMG

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Wendy Newcomb ("Plaintiff") and

Defendant Trans Union LLC ("Defendant"), by and through their counsel, hereby stipulate and

agree to the dismissal with prejudice of the above-captioned action, with each party to bear their

own fees and costs.

Dated:  November 9, 2018

BERGER MONTAGUE PC

BY: /s/ John G. Albanese
John G. Albanese (*pro hac vice*)
43 SE Main Street, Suite 505
Minneapolis, MN 55414
(612) 594-5999
jalbanese@bm.net
*Attorneys for Plaintiff Wendy Newcomb*

Respectfully submitted,

STROOCK & STROOCK &
LAVAN LLP
BY: /s/ Beth A. Norton
Beth A. Norton, Esq. (BBO#664580)
180 Maiden Lane
New York, NY 10038
(212) 806-5400
bnorton@stroock.com
*Attorneys for Defendant
Trans Union LLC*

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation was electronically filed with the Court on November 9, 2018 and is available for viewing and downloading from the ECF system.   All counsel of record were served via electronic notification.

Date: November 9, 2018

/s/John G. Albanese
John G. Albanese (*pro hac vice*)